Clifford V. Dunn, #933
Adam C. Dunn, #10926
**DUNN LAW FIRM**
110 West Tabernacle
P.O. Box 2318
St. George, UT 84770
Telephone Number: (435) 628-5405
Fax: (435) 628-4145

*Attorneys for Defendants*

FILED
U.S. DISTRICT COURT

2011 DEC 22 P 1: 37

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ROBERT G. WING, as receiver for VESCOR CAPITAL CORP., a Nevada corporation, VESCOR CAPITAL, INC., a Nevada Corporation, VESCORP CAPITAL, LLC, a Nevada limited liability company, VESCORP CAPITAL IV-A, LLC, a Nevada limited liability company, and VESCORP CAPITAL IV-M, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM J. HAMMONS, an individual, BILO 1989 TRUST DATED JULY 13, 1989, BILL HAMMONS AND ASSOCIATES, BILL HAMMONS INVESTMENTS, AND HAMMONS FAMILY LIMITED PARTNERSHIP, a Nevada limited partnership,<br><br>Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br><br>Case No.: 2:08-cv-00620<br><br>Judge: Dee Benson |

1

Based upon the Stipulated Motion for Dismissal with Prejudice entered herein by the parties hereto, and good cause appearing;

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the above-captioned matter, and all claims pertaining thereto, is dismissed, with prejudice.

DATED this 22nd day of December, 2011.

_____
DEE BENSON
Federal District Court Judge

APPROVED AS TO FORM AND CONTENT

this ___ day of October, 2011.

**PRINCE YEATES & GELDZAHLER**
**Attorneys for Plaintiff:**

_____
By: SALLY B. McMINIMEE
JARED N. PARRISH